# EXHIBIT A

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

July 26, 2022

***SENT VIA EMAIL***

Gene Hamilton
America First Legal
Foundation 600 14th Street
NW 5th Floor
Washington, District of Columbia 20005
Via email: info@aflegal.org

Dear Mr. Hamilton:

This letter is our second interim release in response to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of May 4, 2022, assigned No. 21-01575, and subsequently assigned #22-00003-LT, for litigation purposes.

Enclosed are 286 pages of responsive records. After a careful review of these pages, some information was withheld from release pursuant to 5 U.S.C. §552 Exemptions (b)(4) (b)(5), and (b)(6).

**EXEMPTION 4**
Exemption 4 protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential. The information withheld is commercial or financial information, such as a company insights report, and we have determined that the individuals to whom this information pertains have a substantial commercial or financial interest in withholding it.

**EXEMPTION 5**
Exemption 5 protects inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency. Exemption 5 therefore incorporates the privileges that protect materials from discovery in litigation, including the deliberative process, attorney work-product, and attorney-client privileges. Information withheld under this exemption was protected under the deliberative process privilege. The deliberative process privilege protects the decision-making process of government agencies. The deliberative process privilege protects materials that are both predecisional and deliberative. The materials that have been withheld under the deliberative process privilege of Exemption 5 are both predecisional and deliberative, and do not contain or represent formal or informal agency policies or decisions. Examples of information withheld include comments, opinions, recommendations, and draft documents.

**EXEMPTION 6**
Exemption 6 protects information in personnel and medical files and similar files when disclosure would constitute a clearly unwarranted invasion of personal privacy. The information that has been withheld under Exemption 6 consists of personal information, such as names, email addresses, cell phone number, and conference and passcode numbers, and we have determined that the individuals to whom this information pertains have a substantial privacy interest in withholding it.

Please click on the following link to download a copy of your records (download access is open for 90 days).
https://centersfordiseasecontrol.sharefile.com/d-sf983385adac147f49e893ace33e9587e

If you have any questions regarding your request, please contact U.S. Department of Justice Attorney, Douglas Dreier at (202) 252-2551.

Sincerely,



Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
Phone: (770) 488-6399
Fax: (404) 235-1852

Enclosures

22-00003-LT

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**To:** Todd O"Boyle; Stanley Onyimba; Jan Antonaros; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Jennifer Shopkorn (CENSUS/ADCOM FED; Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC)
**Subject:** COVID 19 BOLO Meeting
**Start:** Friday, May 14, 2021 12:00:00 PM
**End:** Friday, May 14, 2021 12:30:00 PM
**Location:** Zoom Meeting

---

We would like to invite digital platforms to attend a short "Be On The Lookout" meeting on COVID. Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Thank you.

Carol Crawford

Chief, Digital Media Branch

Division of Public Affairs

OADC

ccrawford@cdc.gov <mailto:ccrawford@cdc.gov>

404-498-2840

Join ZoomGov Meeting

(b)(6)

Dial by your location

(b)(6)

US (San Jose)

US (New York)

US

US (San Jose)

Meeting ID: (b)(6)

Passcode: (b)(6)

Find your local number: (b)(6)

| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **To:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **Bcc:** | llagone@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR; Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Caroline.M.Faught@census.gov; lexisturdy@fb.com; Todd O"Boyle; Jan Antonaros; Aspinwall, Brooke (CDC/DDID/NCIRD/OD) |
| **Subject:** | Follow up info from BOLO meeting on 5/28 |
| **Date:** | Friday, May 28, 2021 1:19:00 PM |
| **Attachments:** | CDCboloslides528.pdf |

Thank you for those that were able to attend today. Here are the slides. Please do not share outside your trust and safety teams.

Let us know if you have any questions. Thank you.

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
CDC
ccrawford@cdc.gov
404-498-2840

| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **To:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **Cc:** | llagone@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Caroline.M.Faught@census.gov; lexisturdy@fb.com; Todd O"Boyle; Jan Antonaros |
| **Subject:** | Follow up info from BOLO meeting |
| **Date:** | Friday, May 14, 2021 12:34:00 PM |
| **Attachments:** | CDC Working Group Meeting 20210514 vF.pdf |

Thank you for attending. Here are the slides. Also, as mentioned on the call, any contextual information that can be added to posts about VAERS could be very effective in education the public about what VAERS is. CDC.gov includes authoritative information about VAERS, such as the following taken from this page: *"VAERS accepts reports from anyone, including patients, family members, healthcare providers and vaccine manufacturers. VAERS is not designed to determine if a vaccine caused or contributed to an adverse event. A report to VAERS does not mean the vaccine caused the event."*

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs
OADC
ccrawford@cdc.gov
404-498-2840

# COVID Vaccine Misinformation: Hot Topics

May 14, 2021

CDC24/7

# Agenda

**Introduction**

**Hot Topics**

1. Vaccine Shedding Rumor
2. Falsified VAERS Report
3. Potentially Misleading VAERS Posts
4. Depopulation/Bioweapon Conspiracy Theories
5. Expanded Emergency Use Authorization

## LOGISTICS

**Next Meeting Date:**

- To be announced

**Point of Contact:**

- Want a follow-up meeting to discuss information presented? Contact **Carol Crawford** (cjy1@cdc.gov).



DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation** has been identified about COVID-19 vaccine safety.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that COVID-19 vaccines cause "shedding."

| | |
|---|---|
| **When** | April 2021 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | False claims that COVID-19 vaccine shedding can cause adverse effects in people who are near recently-vaccinated people have been spreading on social media. |
| **Potential Impact** | Reduced vaccine acceptance and harmful policies from real-world institutions. |
| **The Facts** | Individuals who have received a COVID-19 vaccine **cannot shed** or release any of the vaccine components. In addition, none of the vaccines authorized for use in the United States contain a live virus so it is not possible to shed it. |




*Example post*




*Example post*

## Associated Link(s) and Hashtag(s)

- Myths and Facts about COVID-19 Vaccines
- Fact check article
- Example post
- Example post
- Hashtag: #stoptheshed

# ADVISORY

**Disinformation** has been identified regarding a report made in the Vaccine Adverse Event Reporting System (VAERS).

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation that a 2-year-old died after receiving the vaccine.

| | |
|---|---|
| **When** | May 9, 2021 |
| **Where** | Digital Platform(s): All. |
| **Status** | In mid-April, a false VAERS report began spreading on social media showing that a 2-year-old had died after participating in a vaccine trial. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | After investigation, it was determined that this report was "completely made up," and it has been removed from the VAERS database. |




*Example post spreading false claim*




*Example post with correct information*

## Associated Link(s) and Hashtag(s)

- Fact check story
- Example post
- Example post

Centers for Disease Control and Prevention
Office of the Director

# ADVISORY

**Potential Misinformation** has been identified about the Vaccine Adverse Event Reporting System (VAERS).

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misleading information about VAERS reports.

| | |
|---|---|
| **When** | December 2020 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | Users frequently share data and reports from VAERS that may be confusing or misleading to readers without further background or context about VAERS. |
| **Potential Impact** | Reduced vaccine acceptance and confusion. |
| **The Facts** | VAERS is a passive reporting system, meaning it relies on individuals to send in reports of their experiences to CDC and FDA. VAERS is not designed to determine if a vaccine caused a health problem but is especially useful for detecting unusual or unexpected patterns of adverse event reporting that might indicate a possible safety problem with a vaccine. |

Is What The CDC's VAERS Not Telling Us The Real Danger Of The COVID Jabs?

The CDC's VAERS report has been used to gauge adverse effects and deaths from vaccines, but did you know that only roughly 1% of adverse effects and deaths occurring in the US pertaining to vaccines is actually reported? The same can be said for Europe's counterpart. could this mean that we are looking at more than 300,000 deaths in 4 months from the experimental COVID injections?

Some striking plots from the VAERS (Vaccine Adverse Event Reporting System) database.



The Deadly COVID-19 Vaccine Coverup — Virginia Stoner W...
FACT: There has been a massive increase in deaths reported to the Vaccine Adverse Event Reporting System (VAERS) fro...
virginiastoner.com

According to VAERS, USA has had about 15 years worth of vaccine related deaths in just 4 months.

Safe and effective....

*Example posts*

## Associated Link(s) and Hashtag(s)

- About VAERS
- Example post
- Example post
- Example post
- Hashtag: #vaers

Centers for Disease Control and Prevention
Office of the Director

# ADVISORY

**Misinformation** has been identified regarding the purpose of COVID-19 vaccines.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing vaccines contain are bioweapons, part of a depopulation scheme, or contain microchips.

| | |
|---|---|
| **When** | December 2020 – Present |
| **Where** | Digital Platform(s): Twitter, Instagram. |
| **Status** | Conspiracy theories about the vaccine continue to spread, including that they are secretly a bioweapon or designed to control the global population. Many of these claims have been linked to Bill Gates. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | COVID-19 vaccines are safe and effective. COVID-19 vaccines were evaluated in tens of thousands of participants in clinical trials. The vaccines met the FDA's rigorous scientific standards for safety, effectiveness, and manufacturing quality needed to support emergency use authorization. |

> For the trolls - vaccines are not safe they never have been. They are a slow poison taking years off peoples lives, dumbing down the kids, causing all kinds physical and psychological problems and illnesses, infertility problems. They have always been a method of depopulation

*Example post*




*Example post*

## Associated Link(s) and Hashtag(s)

- Safety of COVID-19 Vaccines
- Example post
- Example post
- Hashtags: #depopulation, #billgates, #greatreset

Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Potential misinformation** may occur about COVID-19 vaccines and adolescents.

Please **Be On the Lookout** for: Statements, pictures, posts, or messages containing misinformation about the eligibility of 12- to 15-year-olds for the Pfizer/BioNTech COVID-19 vaccine.

| | |
|---|---|
| **When** | May 12, 2021 |
| **Where** | Digital Platform(s): All. |
| **Status** | The CDC Director adopted CDC's Advisory Committee on Immunization Practices' recommendation that endorsed the safety and effectiveness of the Pfizer-BioNTech COVID-19 vaccine and its use in 12- through 15-year-old adolescents. In recent weeks, there has been an increase in misinformation about adolescents taking the vaccine. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | CDC now recommends that this vaccine be used among 12- through 15-year-old adolescents, and providers may begin vaccinating them right away. |

Today, I adopted CDC's Advisory Committee on Immunization Practices' (ACIP) recommendation that endorsed the safety and effectiveness of the Pfizer-BioNTech COVID-19 vaccine and its use in 12- through 15-year-old adolescents. CDC now recommends that this vaccine be used among this population, and providers may begin vaccinating them right away.

Though most children with COVID-19 have mild or no symptoms, some children can get severely ill and require hospitalization. There have also been rare, tragic cases of children dying from COVID-19 and its effects, including multisystem inflammatory syndrome in children, or MIS-C.

This official CDC recommendation follows Monday's FDA decision to authorize emergency use of this vaccine in 12- through 15-year-old adolescents, and is another important step to getting out of the COVID-19 pandemic, and closer to normalcy.

*Statement from CDC Director*

It is, to speed 🇺🇸Ppls 💰 downfall Along with drugging All the children with an untested unknown vaccination$ that has no data or side effects listed, unlike common drugs they sell you on TV, that can harm you, but are still sold. Has government proven 2🐝 trustworthy? No

*Example post*

## Associated Link(s) and Hashtag(s)

- CDC Director Statement on Pfizer's Use of COVID-19 Vaccine in Adolescents Age 12 and Older
- FDA Emergency Use Authorization
- Example post

Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford**
Digital Media Branch Chief, Division of Public Affairs
Centers for Disease Control and Prevention (CDC)
O: 404-498-2480 | M: 678-920-0578
cjy1@cdc.gov



| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **To:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **Cc:** | llagone@fb.com; Payton Iheme; Carrie Adams; Sam Huxley; Christopher Thomas Lewitzke (CENSUS/ADCOM CTR); Sokler, Lynn (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Caroline.M.Faught@census.gov; lexisturdy@fb.com; Todd O"Boyle; Jan Antonaros |
| **Subject:** | In lieu of a BOLO meeting tomorrow... |
| **Date:** | Thursday, June 17, 2021 6:19:00 PM |
| **Attachments:** | CDC Working Group Meeting 20210618 v2.pptx |

Given the new federal holiday, I'll be cancelling our BOLO call tomorrow. However, I am sending the slides out for your reference. Let us know if you have any questions.

Thank you!

Carol Crawford
Chief, Digital Media Branch
Division of Public Affairs, OADC
CDC
ccrawford@cdc.gov
404-498-2840

# COVID Vaccine Misinformation: Hot Topics

June 18, 2021

CDC24/7

# Agenda

**Introduction**

**Hot Topics**

1. Spike Protein AccumulationMagnetism RumorAirline travel

## LOGISTICS

**Next Meeting Date: To be announcedPoint of Contact:Want a follow-up meeting to discuss information presented? Contact Carol Crawford (cjy1@cdc.gov).**

# ADVISORY

**Misinformation has been identified about the safety of COVID-19 vaccine ingredients.Please Be On the Lookout for: Statements, pictures, posts, or messages containing misinformation that spike proteins from vaccines have an effect on fertility or other harmful effects.**

| | |
|---|---|
| **When** | Early June 2021 |
| **Where** | Digital Platform(s): Twitter. |
| **Status** | There has been an increase in speculation that spike proteins from the vaccine are harmful, including citing a "study" showing that COVID-19 vaccine particles accumulate in ovaries. This has been used to falsely claim that the vaccines will impact fertility. |
| **Potential Impact** | Reduced vaccine acceptance. |
| **The Facts** | There is currently no evidence that COVID-19 vaccination causes any problems with pregnancy, including the development of the placenta. In addition, there is no evidence that fertility problems are a side effect of any vaccine, including COVID-19 vaccines. |







The spike protein is the bio weapon

*Example posts*

## Associated Link(s) and Hashtag(s)

- CDC Myths and FactsFact check articleExample postExample postExample post

Centers for Disease Control and Prevention
Office of the Director

# ADVISORY

**Misinformation has been identified about the COVID-19 vaccine ingredients and related side effects.Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccine ingredients cause vaccinated individuals to become magnetic.**

| | |
|---|---|
| **When** | May 2021 – Present |
| **Where** | Digital Platform(s): All. |
| **Status** | There continue to be videos shared widely on social media platforms claim to show individuals becoming "magnetic" after receiving the vaccine, further fueling the false claim that vaccines contain microchips. |
| **Potential Impact** | Reduced vaccine acceptance and spread in real-world spaces. |
| **The Facts** | Receiving a COVID-19 vaccine will not make you magnetic, including at the site of vaccination which is usually your arm. COVID-19 vaccines do not contain ingredients that can produce an electromagnetic field at the site of your injection. |







*Example posts*

## Associated Link(s) and Hashtag(s)

- Myths and Facts about COVID-19 VaccinesExample postExample postWhat are the ingredients in COVID-19 vaccines?Hashtag: #magnetgate #VaccineMagnetChallenge

Centers for Disease Control and Prevention
Office of the Director

DRAFT – THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# ADVISORY

**Misinformation has been identified about risks for individuals who have received the COVID-19 vaccine.Please Be On the Lookout for: Statements, pictures, posts, or messages containing misleading or false information that vaccinated individuals cannot travel via airplane.**

| | |
|---|---|
| **When** | June 2021 |
| **Where** | Digital Platform(s): Twitter, Facebook, TikTok, Telegram |
| **Status** | There have been claims that because of a risk of blood clots, airlines are not allowing vaccinated individuals to travel or are discussing a potential ban. |
| **Potential Impact** | Reduced vaccine acceptance and confusion. |
| **The Facts** | CDC recommends to delay travel until fully vaccinated. Not related to the COVID-19 pandemic, airplane travel, especially flights longer than 4 hours, may increase the risk for blood clots, including deep vein thrombosis and pulmonary embolism. |







*Example posts*

## Associated Link(s) and Hashtag(s)

- Domestic Travel during COVID-19Before You TravelFact check storyExample postExample post

Centers for Disease Control and Prevention
Office of the Director

DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION

# Contact Information

**Carol Crawford   Digital Media Branch Chief, Division of Public Affairs   Centers for Disease Control and Prevention (CDC)   O: 404-498-2480 | M: 678-920-0578**
**cjy1@cdc.gov**



DRAFT - THIS INFORMATION IS NOT FOR FURTHER DISTRIBUTION



**From:** Crawford, Carol Y. (CDC/OD/OADC)
**To:** Jan Antonaros; Stanley Onyimba
**Subject:** J&J content
**Date:** Wednesday, April 14, 2021 10:03:00 AM

---

FYI...the content that we thought would post last night, has not. Will be posted after the ACIP this afternoon.

| | |
|---|---|
| **From:** | Crawford, Carol Y. (CDC/OD/OADC) |
| **To:** | Payton Iheme; Genelle Adrien |
| **Cc:** | Sam Huxley; Christopher Lewitzke; Jennifer Shopkorn (CENSUS/ADCOM FED); Sokler, Lynn (CDC/OD/OADC) |
| **Subject:** | Misinfo on two issues |
| **Date:** | Thursday, May 6, 2021 8:55:00 PM |

Payton/Genelle-

As mentioned, here are two issues we are seeing a great deal of misinfo on that we wanted to flag for you all – vaccine shedding and microchips. These are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Thanks!

**Facebook and Instagram**

| **Post text** | **Link** |
|---|---|
| *Screenshot that reads:* For a year, we were told that we need to socially distance and wear masks to avoid asymptomatic spreaders. NOW, the vaccinated ARE the asymptomatic spreaders through viral shedding of their vaccine. | https://www.instagram.com/p/COTlIZMHsUN/ |
| SWIPE: For weeks, it has been rumored that viral shedding from Covid-19 vaccinated to Covid-19 unvaccinated people was the cause of problems with women and their menstrual cycles. Some of these problems include miscarriage. | https://www.instagram.com/p/COTQ9OdH1_t/ |
| *Screenshot that reads:* We now know the COVID jab sheds. The first distribution of this nightmare went to healthcare providers who are now shedding on their patients and then to teachers who are now shedding on our children. | https://www.instagram.com/p/COUA5w9AuoW/ |
| If it is being used for depopulation, then why are they giving it to the key people like NHS workers, carers, the military, etc?<br>If all these people end up dying from the poison, then what?<br>Do the poisons have a sterility agent that won't kill the person, but will make them sterile, thus | https://www.facebook.com/1100924840381516/posts/1126327577841242 |

| | |
|---|---|
| reducing the population in the future?<br>Any thoughts? | |
| Former VP Of Pfizer Drops Terrifying Bombshell On Vaccine Scheme: "Entirely Possible This Will Be Used For Massive-Scale Depopulation"<br>https://www.teaparty.org/former-vp-of-pfizer-drops.../ | https://www.facebook.com/172526489431467/posts/4877608792256523 |
| Only ones really pushing these unapproved jabs are those in with Gates Foundation, that are behind depopulation of the planet. | https://www.facebook.com/225877282549585/posts/273569341113712 |
| No medical degree yet controls the field of medicine? No agricultural degree yet has purchased LARGE quantities of land? Father worked with planned parenthood and was indeed a EUGENICIST? So what is the goal of these 's Mr. Gates? The same as your fathers = Depopulation.... | https://www.instagram.com/tv/COeT0qUnwPU/ |
| Dr. Sherri Tenpenny Explains How the Depopulation COVID Vaccines Will Start Working in 3-6 Months | https://www.instagram.com/p/COVPvcqDARd/ |
| Vaccine Shedding Causing Miscarriages and Blood Clots in Unvaccinated Females | https://www.facebook.com/104622279580575/posts/3987080758001355 |
| Turns out Pfizer did tests and found that the spiked protein can "shed" (their word) and affect unvaccinated people.<br>Are you concerned about being around people who may be unknowingly emitting the filthy vaccine? | https://www.facebook.com/59453552191/posts/10159109994267192 |
| Seeing more and more signs like this in stores because of shedding. Be aware that for up to four months after you get your vaccine you can really get others extremely ill [Note: Fact checked but not removed] | https://www.facebook.com/1141356506338028/posts/1173137176493294 |
| Has anyone else heard of people that have gotten the Vaccine, making people that didnt get vaccine sick(after being in close contact with them)? Symptoms such as- itching, migraines, bad | https://www.facebook.com/819249958919372/posts/910044976506536 |

| | |
|---|---|
| stomach cramps, periods happening randomly or 2 times a month when they are usually pretty consistent, and etc? The Term they are using is "Shedding". | |
| Stay tuned and follow @sharyl_attkisson & Dr. Larry Palevsky, Dr. Tenpenny, so many more on Twitter and keep your eye out for the whistle blower videos on the spike protein shedding and causing damage to reproductive organs. There is NO PROOF that this IS NOT occurring, none... | https://www.instagram.com/p/COMtAVJnHbE/ |
| [Repost of above] | https://www.instagram.com/p/CONztCUAdRI/ |
| In a disturbing twist of the genocide program, women are reporting strange menstrual cycles, and even miscarriages, after being close to those who have had the . | https://www.instagram.com/p/CN98SoDAAWO/ |
| SPIKE PROTEIN CONFUSION - V SHEDDING, BLOOD AND FERTILITY<br><br>This is a clip from Amandha Vollmer's bitchute account Doctor_Yummy that explains what's going on with the spike proteins and shedding quite well. | https://www.instagram.com/tv/COPDR1aAEgm/ |

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**To:** Meredith Lightstone; Todd O"Boyle
**Cc:** Megan Dorward; Dempsey, Jay H. (CDC/OD/OADC); Reggie McCrimmon
**Subject:** RE: Vaccine Misinformation
**Date:** Tuesday, March 23, 2021 12:11:00 PM

---

Hi Todd & Reggie – I wanted to check back in to see if this was possible?

---

**From:** Meredith Lightstone <mlightstone@twitter.com>
**Sent:** Friday, March 19, 2021 2:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>; Todd O'Boyle <toboyle@twitter.com>
**Cc:** Megan Dorward <mdorward@twitter.com>; Dempsey, Jay H. (CDC/OD/OADC) <ifb5@cdc.gov>; Reggie McCrimmon <rmccrimmon@twitter.com>
**Subject:** Re: Vaccine Misinformation

Hi Carol! I am adding in Todd and Reggie from our Public Policy team who will coordinate next steps.

Many thanks,
Meredith

On Thu, Mar 18, 2021 at 9:12 PM Meredith Lightstone <mlightstone@twitter.com> wrote:

> Hi Carol and Jay, this sounds great! I will chat with our internal teams about next steps and will follow up.
>
> On Thu, Mar 18, 2021 at 8:34 PM Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov> wrote:
>
>> Megan/Meredith – We are working on project with Census to leverage their infrastructure to identify and monitor social media for vaccine misinformation. We would like the opportunity to work with your trust team on a regular basis to discuss what we are seeing. I understand that you did this with Census last year as well. Are you all interested in scheduling something to kick it off and discuss next steps? I'm happy to discuss further as well.
>>
>> Thank you!
>>
>> Carol Y. Crawford
>> Chief, Digital Media Branch
>> Division of Public Affairs
>> Office of the Associate Director for Communication
>> Centers for Disease Control and Prevention
>> 404-498-2480
>> ccrawford@cdc.gov
>> Cell: (b)(6)

**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>; Payton Iheme <payton@fb.com>
**Cc:** Genelle Adrien <genelleadrien@fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

---

**From:** Carrie Adams <carrieadams@fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>, Payton Iheme <payton@fb.com>
**Cc:** Genelle Adrien <genelleadrien@fb.com>
**Subject:** Re: CV19 misinfo reporting channel

This would be for onboarding your teams to the misinfo casework / reporting channel

---

**From:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Date:** Monday, May 10, 2021 at 4:04 PM
**To:** Carrie Adams <carrieadams@fb.com>, Payton Iheme <payton@fb.com>
**Cc:** Genelle Adrien <genelleadrien@fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good.   I did ask Genelle this embarrassing question.  I had it in my head this was for Crowd Tangle.  But on Thursday she explained it is for something else.  Well, I didn't write it down and I'm honestly not sure what this is for.  Sorry!

---

**From:** Carrie Adams <carrieadams@fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:** Payton Iheme <payton@fb.com>; Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Cc:** Genelle Adrien <genelleadrien@fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks, Payton.
So nice to meet you, Carol.

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

CA

---

**From:** Payton Iheme <payton@fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>, Carrie Adams <carrieadams@fb.com>

**From:** Payton Iheme
**To:** Crawford, Carol Y. (CDC/OD/OADC); Carrie Adams
**Cc:** Genelle Adrien
**Subject:** Re: CV19 misinfo reporting channel
**Date:** Monday, May 10, 2021 3:28:54 PM

---

Hi Carol,

Genelle just went on (b)(6) We are very excited for her and (b)(6)
As such, we didn't want you to be a surprised that Carrie will pick up on the threads where Genelle was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

Payton

---

**From:** Carol Crawford <cjy1@cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:** Genelle Adrien <genelleadrien@fb.com>
**Cc:** Payton Iheme <payton@fb.com>, Carrie Adams <carrieadams@fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry – I'm out all day May 17 for a (b)(6) can we pick another one? My fault!

---

**From:** Genelle Adrien <genelleadrien@fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Cc:** Payton Iheme <payton@fb.com>; Carrie Adams <carrieadams@fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,
Genelle

**FACEBOOK**
**Genelle Quarles Adrien**
Politics & Government Outreach
e: genelleadrien@fb.com | w: facebook.com/gpa

**From:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** Genelle Adrien <genelleadrien@fb.com>
**Cc:** Payton Iheme <payton@fb.com>, Carrie Adams <carrieadams@fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

---

**From:** Genelle Adrien <genelleadrien@fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Cc:** Payton Iheme <payton@fb.com>; Carrie Adams <carrieadams@fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,
Genelle

---

**From:** Genelle Adrien <genelleadrien@fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Cc:** Payton Iheme <payton@fb.com>, Chelsey Lepage <chelseylepage@fb.com>
**Subject:** CV19 misinfo reporting channel

Hi Carol – Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!
Genelle

(b)(6)

- nve8@cdc.gov
- (b)(6)
-
-

**FACEBOOK**
**Genelle Quarles Adrien**
Politics & Government Outreach
e: genelleadrien@fb.com | w: facebook.com/gpa

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

(b)(4)

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
Kelly

---

**From:** Kelly Perron <kperron@fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** "Crawford, Carol Y. (CDC/OD/OADC)" <cjy1@cdc.gov>
**Cc:** Lauren Balog Wright <lbw@fb.com>, Payton Iheme <payton@fb.com>, Chelsey Lepage <chelseylepage@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in Chelsey, apologies!

---

**From:** Kelly Perron <kperron@fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** Wed, 12 May 2021 15:46:46 +0000
**To:** Layton, Kathleen (CDC/OD/OADC);Dempsey, Jay H. (CDC/OD/OADC);jennifer.shopkorn@census.gov;CLewitzke@reingold.com;shuxley@reingold.com;kstanley@reingold.com;Carrie Adams;Payton Iheme;Sokler, Lynn (CDC/OD/OADC);Galatas, Kate (CDC/OD/OADC)
**Subject:** Training for Facebook's Misinfo Reporting Channel

Holding 1 hour but expect it to be closer to 30 minutes.

Join ZoomGov Meeting
(b)(6)

Meeting ID: (b)(6)
Passcode: (b)(6)
One tap mobile
(b)(6) US (San Jose)
US (New York)

Dial by your location
(b)(6) US (San Jose)
US (New York)
US (San Jose)
US
Meeting ID: (b)(6)
Passcode: (b)(6)
Find your local number: (b)(6)

**From:** Claire Wardle (Google Docs)
**Sent:** Fri, 09 Jul 2021 10:55:06 -0700
**To:** Wilhelm, Elisabeth (CDC/DDPHSIS/CGH/GID)
**Subject:** CDC Draft Curriculum

Claire Wardle resolved comments in the following document

CDC Draft Curriculum

Resolved
3
comments

# Resolved

## Comments

Introduction to effective fact-checks and filling information and content gaps: how to word headlines or fact-checks without causing more harm.

E
El Wil

...what about increasing collabs with factcheckers? How to work with journos more effectively?

Claire WardleNew

*Marked as resolved*

ReplyOpen

Messages

E
El Wil

How about straight up content? Not just messages? Thinking about tailored, culturally relevant content in many languages and formats....

Claire WardleNew

*Marked as resolved*

ReplyOpen

In the meantime, you can discover our '*The building blocks of reporting and discussing Covid-19 vaccines*' PDF, that offers guidance on how to tackle misinformation on vaccines. Download the PDF here.

--

Irene Jay Liu | Google News Lab | irenejay@google.com | +65 9859 8335 | g.co/newslab