# Exhibit to CHD's Supplemental Judicial Notice Motion

Containing the following Exhibit pages from *Missouri, et al., v. Biden, et al.,* No. 3:22-CV-01213 (W.D. La. May 5, 2022):

Exh. 2 at 2
Exh. 3 at 2
Exh. 4 at 1-4, 6-19
Exh. 5 at 1
Exh. 6 at 21-22
Exh. 7 at 2, 11, 28, 29, 39, 45
Exh. 9 at 12, 13, 15, 35-68

[redacted]@cdc.gov>
**Subject:** Re: Crowd Tangle COVID-19 reports

Sorry about that! Attached here.

And thank you for the positive feedback!

---

**From:** [redacted]@cdc.gov>
**Sent:** Thursday, December 9, 2021 6:41 AM
**To:** [redacted]@fb.com>
**Cc:** [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@cdc.gov>
**Subject:** RE: Crowd Tangle COVID-19 reports

[redacted] can you attach?

Thanks for all of these reports and I understand the ending of it. But they have ben helpful!! Much appreciated.

**From:** [redacted]@fb.com>
**Sent:** Tuesday, December 7, 2021 9:39 PM
**To:** [redacted]@cdc.gov>
**Cc:** [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi [redacted]

Attached, please find the latest CrowdTangle content insights report for the period of Nov 17 – Nov 30. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from President Biden and news outlets addressing the Omicron variant, as well as recent court ruling regarding the Biden Administration's vaccine mandates. Similarly, many posts with the highest interactions in public Groups share news of state bills and court rulings that are countering the federal vaccine mandates. In this report, we will further explore highly engaged content within the following themes:

- **Omicron Variant:** Top engaged posts share articles about the emergent Omicron variant, which was first documented in South Africa and has now been found in several countries across the world. Health experts and scientists are calling for greater vaccination efforts to fight against the variant [Slides 5-6].
- **Antiviral COVID-19 Pills:** The White House has recently announced that the US government has purchased 10 million treatments of Pfizer's antiviral COVID-19 pill. Many top engaged posts public posts discuss the benefits of the pill in hopefully reducing COVID-related hospitalizations [Slides 7-8].
- **Vaccine Mandates:** A recurring topic, many of the top engaged posts share recent court developments regarding the Biden administration's vaccine mandates. A federal judge has blocked Biden's vaccine mandate for healthcare workers in 10 states. On the state level, Florida has recently passed a law restricting employee vaccine mandates, which has affected companies like Disney World [Slides 9-10].

<u>Also, please be aware that these reports will be discontinued in Jan 2022</u>. The next report on December 21st will be our last COVID-19 content insights report.

If you have any questions, please feel free to reach out. And as always, please do not share.

Thank you,

---

**From**: [redacted]fb.com]
**Sent**: 7/23/2021 11:20:12 PM
**To**: [redacted]@fb.com]; [redacted]@hhs.gov]
**CC**: [redacted]fb.com]; [redacted]hhs.gov]
**Subject**: Re: Message from [redacted]
**Attachments**: 7_23 - COVID-19 Insights.pdf

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

[redacted]

---

**From:** [redacted]fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** [redacted]@hhs.gov>
**Cc:** [redacted]@fb.com>, [redacted]fb.com>, [redacted]hhs.gov>
**Subject:** Message from [redacted]

Dear [redacted] (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to [redacted] to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others – if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. [redacted] will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next

**From:** [redacted]fb.com]
**Sent:** 7/19/2021 1:34:04 PM
**To:** [redacted]hhs.gov]
**CC:** [redacted]fb.com]; [redacted]
[redacted]hhs.gov]; [redacted]fb.com]; [redacted]fb.com]
**Subject:** Re: Message from [redacted]

Hi [redacted]

Thanks so much for getting back to me – really appreciate that.

Adding [redacted] here to liaise with your office to find a time asap which is convenient for you – I'm in Spain right now but hopefully time differences can be navigated so that we speak soon enough.

All best

[redacted]

---

**From:** "Murthy, Vivek (HHS/OASH)" [redacted]
**Date:** Monday, July 19, 2021 at 3:29 PM
**To:** [redacted].com>
**Cc:** [redacted]fb.com>, '[redacted]hhs.gov>, [redacted]hhs.gov>
**Subject:** Re: Message from [redacted]

Hi [redacted]

Thanks for reaching out and for sharing your concerns. I know the last few days have been challenging. I'd be happy to speak directly about how we move forward. Let me know the best way to schedule some time later this week and we'll make it happen.

Best wishes and will talk soon,
[redacted]

--

[redacted]

The information in this e-mail and its attachments are confidential, pre-decisional and deliberative. Contents may include sensitive information and are for official use only. If you are not the original intended recipient, please delete the content and notify the sender.

---

**From:** [redacted]fb.com>
**Sent:** Friday, July 16, 2021 5:43 PM
**To:** Murthy, Vivek (HHS/OASH) [redacted]
**Cc:** [redacted]fb.com>
**Subject:** Message from [redacted]

Dear [redacted]

Reaching out after what has transpired over the past few days following the publication of the misinformation advisory, and culminating today in the President's remarks about us. I know our teams met today to better understand the scope of what the White House expects from us on misinformation going forward.

In our previous conversations I've appreciated the way you and your team have approached our engagement, and we have worked hard to meet the moment — we've dedicated enormous time and resources to fighting this pandemic and consider ourselves to be partners in fighting the same battle. Certainly we understand (and have understood for some time) that there is disagreement on some of the policies governing our approach and how they are being enforced – even as your team has acknowledged the unprecedented scale of our efforts to provide authoritative information to millions of Americans and to help them get vaccinated. But I thought the way we were singled out over the past few days has been both surprising and misleading, and I believe unproductive to our joint efforts too.

I would appreciate the opportunity to speak directly to discuss a path forward with you and how we can continue to work toward what I sincerely believe are shared goals.

Yours
[redacted]

---

**From:** [redacted]fb.com]
**Sent:** 8/20/2021 3:08:20 PM
**To:** [redacted]hhs.gov]
**CC:** [redacted]hhs.gov][redacted]gmail.com;[redacted]fb.com]
**Subject:** Facebook Covid actions

Dear [redacted]

Many thanks again for the recent opportunity to discuss our Covid related work. You asked for an update on existing and new steps that Facebook is taking. As you know, Facebook takes its responsibility during this prolonged, unprecedented public health crisis extremely seriously. In light of our conversation we have been reviewing our efforts to combat COVID-19, and are eager to continue working towards our shared goal of helping more people get vaccinated and limiting the spread of harmful misinformation.

The White House described four recommendations to social media platforms in July, which cover access to authoritative information, enforcement and speed of enforcement, and transparency. Those are priorities we have shared throughout the COVID-19 pandemic. In this update, we describe both our historic actions in these areas, as well as new information on boosting access to authoritative information, and further policy work to enable stronger action against persistent distributors of vaccine misinformation. Finally, as agreed at our last meeting, we remain eager to meet with you and/or your team about our ideas regarding data that could potentially be shared with the public.

**Elevating access to better information**
We continue to review, experiment and adapt to find better ways to increase access to quality information, as we have done since the start of the pandemic:

- We have heard your and others' concern that people should be better able to access authoritative information on our platform. We agree, and have already taken action to make it easier for people to find more authoritative and trusted information in News Feed. We would be happy to describe these efforts to you in a specific briefing.
- We continue to help people directly access accurate information through the COVID Information Center, and will keep adding to this as the situation evolves and especially as guidance for various populations is updated - including when children should get vaccinated, and when the already vaccinated should be getting boosters.
- So far we have connected over 2 billion people globally with resources about COVID, and in the US alone we've helped over 4 million people get vaccinated through our Vaccine Finder, which connects them with appointment information, directions, and contact information.
- We're continuing to refine how we help health partners reach communities with less access to information or lower vaccination rates, leveraging the CDC's Social Vulnerability Index and other resources to reach those populations with high-quality, authoritative information.

**Limiting Potentially Harmful Information**
We continue to improve and refine measures that reduce the spread of potentially harmful content and limit the distribution of actors who share misleading information about COVID and the vaccine:

- We will shortly be expanding our COVID policies to further reduce the spread of potentially harmful content on our platform. These changes will apply across Facebook and Instagram.
  - We are increasing the strength of our demotions for COVID and vaccine-related content that third party fact checkers rate as "Partly False" or "Missing Context." That content will now be demoted at the same strength that we demote any content on our platform rated "False."
  - We are making it easier to have Pages/Groups/Accounts demoted for sharing COVID and vaccine-related misinformation by also counting content removals under our COVID and vaccine-related Community Standards violations towards their demotion threshold.
  - Any entity linked to another entity that is removed for violating our COVID or vaccine misinformation policies will be rendered "non-recommendable" on our platform.
  - Lastly, we will also be strengthening our existing demotion penalties for websites that are repeatedly fact-checked for COVID and vaccine misinformation content shared on our platform. Together, we intend for these policies to further limit the traction that misinformation can get on our platform.

- To date, we've removed over 20 million pieces of content for COVID- and vaccine-related misinformation. We've also taken action against people who repeatedly post content that violates our policies. Since the beginning of the pandemic, we have removed over 3,000 accounts, Pages, and groups for repeatedly violating our rules against spreading COVID and vaccine misinformation.
- We've specifically investigated the people sometimes identified in the media as the 'Disinfo Dozen'. We've applied penalties to some of their website domains as well so any posts, including their website content, are moved lower in News Feed. The remaining accounts associated with these individuals are not posting content that breaks our rules, have only posted a small amount of violating content, which we've removed, or are simply inactive. In fact, these 12 people are responsible for about just 0.05% of all views of vaccine-related content on Facebook. This includes all vaccine-related posts they've shared, whether true or false, as well as URLs associated with these people. In total we have removed three dozen Pages, groups and Facebook or Instagram accounts linked to these 12 people, including at least one linked to each of the 12 people, for violating our policies.
- We continue to notify people when content that they have interacted with is removed for violating our policies on COVID and vaccines.
- We have implemented and continue to experiment with signals that we can use -- around specific kinds of sharing behavior, specific page types, and specific types of language, among other factors -- to demote content that we predict will contain low quality information.

**Increasing Transparency**
We will continue to seek to ensure the actions we are taking (as well as misses) are apparent and discernible by people who don't work at Facebook. We are especially keen to discuss with you what form shared data could take in order to be most valuable to analysts and researchers, both inside and outside of government.

In terms of what we're doing now:
- We already have a wide amount of data available for analysis through our academic partnerships like FORT, but we are keenly aware that more kinds of data, or more specific cuts, may be valuable to the people actively looking to study this area more closely. We also share data with the public through our quarterly Community Standards Enforcement Report releases, most recently this past Wednesday, and have also just launched a Widely View Content Report to further increase transparency with the public.
- We are currently deep in internal discussions to identify the best ways we can share with the public information about some of the most widely viewed content on Facebook. We're actively considering how we can best share that information so that it is valuable to the public and to researchers, which to the best of our knowledge no other company provides.
- We're also looking at ways we can produce more data and deeper data sets that can create richer opportunities for researchers to analyse the reach of various kinds of content.
- We have examined the distribution patterns of the so-called 'Disinfo Dozen' (as above - https://about.fb.com/news/2021/08/taking-action-against-vaccine-misinformation-superspreaders/ ).
- To advance public understanding of how social media and behavioral sciences can be leveraged to improve the health of communities around the world, we've supported researchers attempting to understand social media's role in the ongoing pandemic. One report has already been published, and we are pleased to see that social media can have positive impacts on public health needs. There are other researchers we are supporting, and look forward to reviewing their work as it is completed and peer reviewed.
- While separate from the issue of content online, researchers are also able to access our COVID-19 Trends and Impact Survey, which is a global survey gathering insights about symptoms, testing, mask-wearing, social distancing, mental health, vaccine acceptance, reasons for vaccine hesitancy, and more. We believe this is the largest public health survey in history. Over 70 million responses from more than 200 countries and territories have been collected, and the data can be broken down by self-reported demographic information like gender and race as well as by hyper-local geographic regions. The data is available in near real-time and is collected off-platform by academic partners at the University of Maryland (UMD) and Carnegie Mellon University (CMU). Academic and nonprofit researchers are able request access to non-public, non-aggregated survey data for their research.

I hope this is a useful update, pending further work and discussions we will continue to update you and your teams and we are happy to meet and discuss any of the work we have outlined here. Please do not hesitate to reach out to me or my team with any further questions.

Best wishes,

[redacted]

**From:** [redacted]fb.com]
**Sent:** 7/10/2021 8:00:40 AM
**To:** [redacted]y@hhs.gov]
**CC:** Slavitt, Andrew M. [redacted]who.eop.gov]; [redacted]fb.com]
**Subject:** Re: Facebook Covid report
**Attachments:** 7_8 - COVID-19 Insights.pdf

Dear [redacted]

Attached is the latest Covid report covering the most recent two week period for which we have stats etc. I understand from [redacted] that my team is meeting with yours next week to delve deeper into our covid misinformation efforts. As always, please don't hesitate to reach out when/if needed.

All best

[redacted]

---

**From:** [redacted]@fb.com>
**Date:** Friday, June 25, 2021 at 11:19 PM
**To:** [redacted]y@hhs.gov>
**Cc:** "Slavitt, Andrew M. [redacted]who.eop.gov>, [redacted]fb.com>
**Subject:** Facebook Covid report

Dear [redacted]

Attached is the latest Covid report covering the past two weeks. As always, happy to answer any questions you might have with respect to the report's contents.

Additionally, I want to highlight two vaccine-related efforts that launched this week:

The first is the WhatsApp chat bot we launched with the CDC. This Spanish-language bot not only surfaces local vaccine appointments, it also links users with free Uber/Lyft rides to their appointments and childcare availability nearby. We're excited by the impact this will have on the LatinX vaccination rate.

Second, I wanted to share that we launched a notification to every Instagram user in the United States encouraging them to visit vaccines.gov. After months of state-specific notifications to IG's +150M users in the US, this is Instagram's first push to vaccines.gov. Based on the demographics of Instagram, we're looking forward to reaching the nation's youth and to having a positive impact on their vaccination rates.

Thanks and please don't hesitate to reach out.

Best

[redacted]

**From:** [redacted]fb.com]
**Sent:** 6/25/2021 6:19:30 PM
**To:** [redacted]@hhs.gov]
**CC:** Slavitt, Andrew [redacted]who.eop.gov]; [redacted]fb.com]
**Subject:** Facebook Covid report
**Attachments:** 6_25 - COVID-19 Insights.pdf

Dear [redacted],

Attached is the latest Covid report covering the past two weeks. As always, happy to answer any questions you might have with respect to the report's contents.

Additionally, I want to highlight two vaccine-related efforts that launched this week:

The first is the WhatsApp chat bot we launched with the CDC. This Spanish-language bot not only surfaces local vaccine appointments, it also links users with free Uber/Lyft rides to their appointments an d childcare availability nearby. We're excited by the impact this will have on the LatinX vaccination rate.

Second, I wanted to share that we launched a notification to every Instagram user in the United States encouraging them to visit vaccines.gov. After months of state-specific notifications to IG's +150M users in the US, this is Instagram's first push to vaccines.gov. Based on the demographics of Instagram, we're looking forward to reaching the nation's youth and to having a positive impact on their vaccination rates.

Thanks and please don't hesitate to reach out.

Best

[redacted]

---

**From:** [redacted]fb.com]
**Sent:** [redacted]
**To:** [redacted]@hhs.gov]
**CC:** [redacted]who.eop.gov]; [redacted]fb.com]
**Subject:** Facebook bi-weekly covid content report
**Attachments:** 6_11 - COVID-19 Insights.pdf

Dear [redacted]

As promised/discussed, the latest Facebook bi-weekly covid content report attached. As always, I'm happy to jump on a call at any point – as is my team – to delve into any details further as needed.

All best

[redacted]

**From**: [redacted]fb.com]
**Sent**: 5/28/2021 5:48:14 PM
**To**: Slavitt, Andrew M. EOP/WHO [redacted]who.eop.gov]; [redacted]@hhs.gov]
**CC**: [redacted]fb.com]
**Subject**: Message from [redacted]
**Attachments**: 5_28 - COVID-19 Insights.pdf

Dear Andy, dear [redacted] (if I may),

Thanks again for the time the other day.

As promised, I'm sending our latest report that includes topline performing posts for the weeks of 5/3-5/9 and 5/9-5/15. Report is attached, and myself and the team are of course happy to discuss anything within.

I also want to highlight a few policy updates we announced yesterday regarding repeat misinformation. The full Newsroom post with product mock ups is available here, but I wanted to call out a few key points:

1. We've added more context about Pages that repeatedly share false claims;
2. We are expanding penalties for individual Facebook accounts that share misinformation; and
3. We've redesigned notifications when they share content that a fact-checker later rates.

Finally, I wanted to include here the data I mentioned on our call earlier that point to the positive (if not as publicly discussed) influence we're having on attitudes toward vaccines:

**Overall trends in vaccine acceptance amongst Facebook users are positive: this has increased considerably since January, and racial/ethnic disparities have also decreased.**
Since January, vaccine acceptance in the US from a daily survey of Facebook users (done in partnership with CMU) has *increased* by 10-15 percentage points (e.g. 70%->80-85%), and racial/ethnic disparities in acceptance have shrunk considerably (e.g. some of the populations that had the lowest acceptance in January had the highest increases since).

**Not only are the overall trends increasing, we also have data showing our efforts are contributing: including some of our specific collaborations with HHS/CDC and work around trusted messengers and messaging.**
Over the same time period, we've been working closely with partners to run the largest scale online campaign in support of vaccination efforts. We've delivered over 10B ad impressions from health partners worldwide since January, and have also run significant on-platform product promotions. These have been focused on 3 goals: i) increase access to vaccines; ii) help people get questions answered; iii) socially normalize the vaccine.

**Early evidence that these are increasing drivers of vaccination, at scale, include:**

- ***Social Norming: 50 percent of Facebook users have seen someone they follow (e.g. friend, family member, community leader, public figure) use an HHS/CDC vaccine frame***. Research from MIT shows that similar types of social normalization efforts can meaningfully improve people's likelihood to get vaccinated, which is consistent with other expert advice (e.g. "Encouraging those who are vaccinated to show their vaccination status with pride, both online and offline, can nudge their family, friends and networks to follow suit."). We are seeing some encouraging preliminary results in vaccine sentiment (the safety and importance of COVID-19 vaccines) in the US through our surveys as a result of vaccine profile frame promotions. As a result, we are scaling the launch of these features globally.
- ***Access: Over 3M people have used our Vaccine Finder since March, developed in partnership with Boston Children's Hospital.*** We've been promoting Vaccine Finder and eligibility information to all people on Facebook in close partnership with states, which are seeing impact. For example, West Virginia reported a meaningful increase in vaccine registrations after we started our efforts.
- ***Education: A single "Facts about COVID19" News Feed campaign—that reached 100s of millions of people worldwide--increased belief in key facts about vaccine safety* and testing by 3% across *5 countries*.** We've directed 2B+

people to expert health resources through the Covid Info Center, which in the US includes information from local county-level public health departments. We observed a particularly large increase in vaccine acceptance within certain populations in the US. Vaccine acceptance increased 26% among Black adults and 14% among Hispanic adults.

- ***Equity: We're more frequently reaching people in areas with lower vaccination rates using CDC's Social Vulnerability Index.*** We are partnering with a wide range of organizations to deliver trusted, accessible messages; Spanish-language campaigns from AARP and Johns Hopkins University's Bloomberg School of Public Health; and CARE US for conservative audiences. Our work to promote information on how to get a vaccine to high-SVI zip codes increased confidence that people in those zip codes have in being able to get a vaccine.

**This builds on work—and uses similar strategies—to what we did over the last few years to support flu vaccination, mask wearing, blood donation, and voting, all of which also had meaningful population-level positive impact.**

- *Flu Vaccination:* We employed similar strategies with partners around a major flu vaccination campaign last fall. These reached 10s of millions of people in the US; some of these campaigns increased perceived safety or intent by 3-5%.
- *Mask Wearing:* Social normalization campaigns reaching millions of people featuring trusted public figures increased mask wearing behavior and attitudes by 3-8%. This included the "You Will See Me" campaign from CDC Foundation/Ad Council. Note that mask wearing attitudes and reported behaviors increased dramatically since early spring 2020, and by summer the vast majority of all people in the US reported wearing masks, a trend mirrored in CMU's large-scale survey of Facebook users.
- *Blood Donations:* Our blood donations product—which notifies people nearby about opportunities to donate blood, and makes it easy for them to find a schedule an appointment—increased first time donors across the US by 19% when we rolled it out across sites from the American Red Cross, Vitalant, Versiti, and New York Blood Centers.

We think there's considerably more we can do in partnership with you and your teams to drive behavior. We're also committed to addressing the defensive work around misinformation that you've called on us to address. But we don't want to miss the full story of Facebook's impact on attitudes toward vaccine acceptance—we believe our work is paying real dividends in the form of more people getting shots, and we believe data bears this out. We're eager to find additional ways to partner with you.

All my best wishes,
[redacted]

---

**From:** [redacted]
**Sent:** 6/14/2021 3:34:01 AM
**To:** [redacted]fb.com]
**CC:** Slavitt, Andrew M. [redacted]who.eop.gov]; [redacted]fb.com]; [redacted]hhs.gov]
**Subject:** Re: Facebook bi-weekly covid content report

Many thanks for sharing this [redacted] I'll look forward to reviewing it.

Hope you're keeping well,
[redacted]

Sent from my iPhone

On Jun 12, 2021, at 9:29 PM, [redacted]fb.com>wrote:

Dear [redacted]

As promised/discussed, the latest Facebook bi-weekly covid content report attached. As always, I'm happy to jump on a call at any point – as is my team – to delve into any details further as needed.

All best

[redacted]

<6_11 - COVID-19 Insights.pdf>

---

**From:** [redacted]fb.com]
**Sent:** 8/31/2021 3:43:19 PM
**To:** [redacted]HHS/OASH) [redacted]hhs.gov]
**Subject:** Re: Facebook Covid actions

**Flag:** Follow up

Hi [redacted]—hope you're well. Just checking back in on setting a potential meeting—don't want it to fall through the cracks on our end.

Thanks—look forward to being in touch.

[redacted]

---

**From:** [redacted] (HHS/OASH) [redacted]@hhs.gov>
**Date:** Monday, August 23, 2021 at 10:38 AM
**To:** [redacted]fb.com>
**Subject:** RE: Facebook Covid actions

Hi [redacted]

Thanks so much for following up. I'll circle with [redacted] and the team. Definitely want to keep moving the ball forward.

Best,
[redacted]

---

**From** [redacted]fb.com>
**Sent:** Friday, August 20, 2021 4:11 PM
**To:** [redacted] (HHS/OASH) <[redacted]hhs.gov>
**Subject:** Fwd: Facebook Covid actions

Hi [redacted]—following up just with you. We wanted to make sure to get you our latest plan within the two week window that you requested, but this represents a snapshot of where we are today, not a final destination. We're continuing to look for ways to be responsive, and would very much like to schedule time with [redacted] to cover possible approaches for increased transparency.

Let me know if helpful to connect.

Thanks and have a good weekend.

[redacted]

Get Outlook for iOS

---

**From:** [redacted]fb.com>
**Sent:** Friday, August 20, 2021 3:08:20 PM
**To:** [redacted]hhs.gov [redacted]hhs.gov>
**Cc:** [redacted] (HHS/OASH) [redacted]hhs.gov>; [redacted]gmail.com [redacted]gmail.com>; [redacted]fb.com>
**Subject:** Facebook Covid actions

Dear Surgeon General

Many thanks again for the recent opportunity to discuss our Covid related work. You asked for an update on existing and new steps that Facebook is taking. As you know, Facebook takes its responsibility during this prolonged, unprecedented public health crisis extremely seriously. In light of our conversation we have been reviewing our efforts to combat COVID-19, and are eager to continue working towards our shared goal of helping more people get vaccinated and limiting the spread of harmful misinformation.

The White House described four recommendations to social media platforms in July, which cover access to authoritative information, enforcement and speed of enforcement, and transparency. Those are priorities we have shared throughout the COVID-19 pandemic. In this update, we describe both our historic actions in these areas, as well as new information on boosting access to authoritative information, and further policy work to enable stronger action against persistent distributors of vaccine misinformation. Finally, as agreed at our last meeting, we remain eager to meet with you and/or your team about our ideas regarding data that could potentially be shared with the public.

**Elevating access to better information**
We continue to review, experiment and adapt to find better ways to increase access to quality information, as we have done since the start of the pandemic:

- We have heard your and others' concern that people should be better able to access authoritative information on our platform. We agree, and have already taken action to make it easier for people to find more authoritative and trusted information in News Feed. We would be happy to describe these efforts to you in a specific briefing.
- We continue to help people directly access accurate information through the COVID Information Center, and will keep adding to this as the situation evolves and especially as guidance for various populations is updated - including when children should get vaccinated, and when the already vaccinated should be getting boosters.
- So far we have connected over 2 billion people globally with resources about COVID, and in the US alone we've helped over 4 million people get vaccinated through our Vaccine Finder, which connects them with appointment information, directions, and contact information.
- We're continuing to refine how we help health partners reach communities with less access to information or lower vaccination rates, leveraging the CDC's Social Vulnerability Index and other resources to reach those populations with high-quality, authoritative information.

**Limiting Potentially Harmful Information**
We continue to improve and refine measures that reduce the spread of potentially harmful content and limit the distribution of actors who share misleading information about COVID and the vaccine:

- We will shortly be expanding our COVID policies to further reduce the spread of potentially harmful content on our platform. These changes will apply across Facebook and Instagram.
  - We are increasing the strength of our demotions for COVID and vaccine-related content that third party fact checkers rate as "Partly False" or "Missing Context." That content will now be demoted at the same strength that we demote any content on our platform rated "False."
  - We are making it easier to have Pages/Groups/Accounts demoted for sharing COVID and vaccine-related misinformation by also counting content removals under our COVID and vaccine-related Community Standards violations towards their demotion threshold.
  - Any entity linked to another entity that is removed for violating our COVID or vaccine misinformation policies will be rendered "non-recommendable" on our platform.
  - Lastly, we will also be strengthening our existing demotion penalties for websites that are repeatedly fact-checked for COVID and vaccine misinformation content shared on our platform. Together, we intend for these policies to further limit the traction that misinformation can get on our platform.
- To date, we've removed over 20 million pieces of content for COVID- and vaccine-related misinformation. We've also taken action against people who repeatedly post content that violates our policies. Since the beginning of the pandemic, we have removed over 3,000 accounts, Pages, and groups for repeatedly violating our rules against spreading COVID and vaccine misinformation.
- We've specifically investigated the people sometimes identified in the media as the 'Disinfo Dozen'. We've applied penalties to some of their website domains as well so any posts, including their website content, are moved lower in News Feed. The remaining accounts associated with these individuals are not posting content that breaks our rules, have only posted a small amount of violating content, which we've removed, or are simply inactive. In fact, these 12 people are responsible for about just 0.05% of all views of vaccine-related content on Facebook. This includes all vaccine-related posts they've shared, whether true or false, as well as URLs associated with these

people. In total we have removed three dozen Pages, groups and Facebook or Instagram accounts linked to these 12 people, including at least one linked to each of the 12 people, for violating our policies.

- We continue to notify people when content that they have interacted with is removed for violating our policies on COVID and vaccines.
- We have implemented and continue to experiment with signals that we can use -- around specific kinds of sharing behavior, specific page types, and specific types of language, among other factors -- to demote content that we predict will contain low quality information.

**Increasing Transparency**
We will continue to seek to ensure the actions we are taking (as well as misses) are apparent and discernible by people who don't work at Facebook. We are especially keen to discuss with you what form shared data could take in order to be most valuable to analysts and researchers, both inside and outside of government.

In terms of what we're doing now:

- We already have a wide amount of data available for analysis through our academic partnerships like FORT, but we are keenly aware that more kinds of data, or more specific cuts, may be valuable to the people actively looking to study this area more closely. We also share data with the public through our quarterly Community Standards Enforcement Report releases, most recently this past Wednesday, and have also just launched a Widely View Content Report to further increase transparency with the public.
- We are currently deep in internal discussions to identify the best ways we can share with the public information about some of the most widely viewed content on Facebook. We're actively considering how we can best share that information so that it is valuable to the public and to researchers, which to the best of our knowledge no other company provides.
- We're also looking at ways we can produce more data and deeper data sets that can create richer opportunities for researchers to analyse the reach of various kinds of content.
- We have examined the distribution patterns of the so-called 'Disinfo Dozen' (as above - https://about.fb.com/news/2021/08/taking-action-against-vaccine-misinformation-superspreaders/ ).
- To advance public understanding of how social media and behavioral sciences can be leveraged to improve the health of communities around the world, we've supported researchers attempting to understand social media's role in the ongoing pandemic. One report has already been published, and we are pleased to see that social media can have positive impacts on public health needs. There are other researchers we are supporting, and look forward to reviewing their work as it is completed and peer reviewed.
- While separate from the issue of content online, researchers are also able to access our COVID-19 Trends and Impact Survey, which is a global survey gathering insights about symptoms, testing, mask-wearing, social distancing, mental health, vaccine acceptance, reasons for vaccine hesitancy, and more. We believe this is the largest public health survey in history. Over 70 million responses from more than 200 countries and territories have been collected, and the data can be broken down by self-reported demographic information like gender and race as well as by hyper-local geographic regions. The data is available in near real-time and is collected off-platform by academic partners at the University of Maryland (UMD) and Carnegie Mellon University (CMU). Academic and nonprofit researchers are able request access to non-public, non-aggregated survey data for their research.

I hope this is a useful update, pending further work and discussions we will continue to update you and your teams and we are happy to meet and discuss any of the work we have outlined here. Please do not hesitate to reach out to me or my team with any further questions.

Best wishes,

[redacted]

**From:** [redacted]fb.com]
**Sent:** 8/17/2021 5:27:28 PM
**To:** [redacted] HHS/OASH) [[redacted]hhs.gov]; [redacted]ostp.eop.gov; DJ Patil [[redacted]gmail.com]
**CC:** [redacted]fb.com]
**Subject:** Re: Followup - data discussion

Hi DJ—hoping to get follow up time scheduled so that we can cover the landscape on data that we had discussed during our call with the Surgeon General—as we continue to think through on our end how we can be more transparent around vaccine content, it would be very helpful to make sure we are working from the understanding. Can we find time for our teams to get together soon?

Get Outlook for iOS

---

**From:** [redacted]fb.com>
**Sent:** Friday, August 6, 2021 9:02:07 PM
**To:** [redacted] (HHS/OASH) [redacted]hhs.gov> [redacted]ostp.eop.gov
[redacted]ostp.eop.gov>; DJ Patil <[redacted]gmail.com>
**Cc:** [redacted]fb.com> [redacted]fb.com>
**Subject:** Re: Follow up - data discussion

Thanks [redacted]

Appreciate you connecting us to [redacted] here—and look forward to scheduling time for a longer conversation around data per our last meeting. [redacted]—let me know what would work best on your end. Our teams have been working on additional steps—we will have something back to you within two weeks outlining our approach.

Also including our latest bi-weekly report, which shows the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 7/11 - 7/17, and 7/18 - 7/24. Please distribute to whomever on the team might be interested, and let me know if you or anyone on the team has any questions.

Get Outlook for iOS

---

**From** [redacted] (HHS/OASH) <[redacted]@hhs.gov>
**Sent:** [redacted]
**To:** [redacted]ostp.eop.gov; [redacted]
**Cc:** [redacted]
**Subject:** RE: Follow up - data discussion

Hi [redacted],

Hope your week has been going well. I wanted to loop [redacted] in on his gmail (where you may get a faster reply) on next steps for connecting about data.

Also [redacted]—I know on the call with [redacted] he'd mentioned seeing if you were able to send an update of any new/additional steps you are taking with respect to health misinformation in light of the advisory. We are asking all platforms for this type of update. Would you be able to send something over within two weeks?

Thanks so much,
[redacted]

**From:** [redacted]fb.com>
**Sent:** Wednesday, July 28, 2021 9:20 PM
**To:** [redacted] (HHS/OASH) <[redacted]hhs.gov>; [redacted]ostp.eop.gov
**Cc:** [redacted]fb.com>
**Subject:** Re: Follow up - data discussion

[redacted]—making sure you saw this as well, as I know there's been a lot of attention directed toward vaccination mandates in recent days. Happy to connect on this front if helpful.

"As our offices reopen, we will be requiring anyone coming to work at any of our US campuses to be vaccinated. How we implement this policy will depend on local conditions and regulations. We will have a process for those who cannot be vaccinated for medical or other reasons and will be evaluating our approach in other regions as the situation evolves. We continue to work with experts to ensure our return to office plans prioritize everyone's health and safety." [redacted]

**From:** [redacted] (HHS/OASH) [redacted]@hhs.gov>
**Date:** Wednesday, July 28, 2021 at 5:42 PM
**To:** [redacted]fb.com>, [redacted]ostp.eop.gov [redacted]ostp.eop.gov>
**Cc** [redacted]fb.com>
**Subject:** RE: Follow up - data discussion

Really appreciate it.

**From:** [redacted]fb.com>
**Sent:** Wednesday, July 28, 2021 5:41 PM
**To:** [redacted] (HHS/OASH) [redacted]hhs.gov>; [redacted]ostp.eop.gov
**Cc:** [redacted]b.com>
**Subject:** Re: Follow up - data discussion

Got it—thanks [redacted] completely understand why you would have been a little busy this week! Will stand by, and will continue to be in touch as things develop on our end as well.

Get Outlook for iOS

**From:** [redacted] (HHS/OASH) [redacted]hhs.gov>
**Sent:** Wednesday, July 28, 2021 5:34:10 PM
**To:** [redacted]fb.com>; [redacted]ostp.eop.gov <[redacted]ostp.eop.gov>
**Cc:** [redacted]fb.com>
**Subject:** RE: Follow up - data discussion

Hey [redacted]

Thanks for your patience. The CDC updated guidance has kept us pretty busy this week(!). Appreciate these additional materials.

I'll circle back with more, but appreciate you understanding. [Also, [redacted] is out on leave for the rest of this week, so trying to sync calendars].

All the best,

[redacted]

**From:** [redacted]fb.com>
**Sent:** Wednesday, July 28, 2021 1:16 PM
**To:** [redacted] (HHS/OASH) [redacted]hhs.gov>[redacted]ostp.eop.gov
**Cc:** [redacted]fb.com>
**Subject:** Follow up - data discussion

Hi [redacted] and DJ,

We're looking forward to our next meeting, where we are hoping to do a deeper dive on how we are measuring data and what steps we might be able to take to address concerns you've raised.

In the meantime, I wanted to make sure you have our response to the Washington Post piece from yesterday (linked here) that made certain claims based on survey data. Hoping this might be a useful addition to our conversation, along with making sure we cover the statistics put forward by the CCDH that have been cited by the White House regarding the disinfo dozen.

The statement is below — look forward to discussing next steps at your earliest convenience.

"The sensationalized, overstated findings of this research are not supported by what the authors report to have measured. It is unclear what their overall sample represents with respect to generalizability to the US population. For example it shows Fox News and CNN have the same size of audience, which they do not. Moreover what they claim as 'Facebook users' is a non-representative idiosyncratic subset of the Facebook population. These are examples of how their data is biased to start with and that matters when attempting to make these claims. The authors claim that people who rely on Facebook to get news and information about the coronavirus are less likely than the average American to be vaccinated. But this isn't valid without describing a representative sample of the American population, Facebook users, or measuring reliance instead of mere self-reported exposure over a short time window. What this data and methodology does suggest is that people who have not yet been vaccinated are less reachable by CNN, MSNBC, or the Biden Administration than on Facebook, making our ongoing efforts to share authoritative information and encourage vaccine uptake more important than ever."

**From:** [redacted]fb.com>
**Date:** Tuesday, July 27, 2021 at 8:15 PM
**To:** [redacted] (HHS/OASH) [redacted]hhs.gov>
**Cc:** [redacted]fb.com>
**Subject:** Re: Message from [redacted]

Hi [redacted] just checking at the end of the day. I'm sure you're swamped. Making sure we don't let too much time pass before getting back together with you and [redacted], and whomever else might make sense.

**From:** [redacted]fb.com>
**Date:** Monday, July 26, 2021 at 2:54 PM
**To:** [redacted] HHS/OASH) [redacted]@hhs.gov>
**Cc:** [redacted]fb.com>
**Subject:** Re: Message from [redacted]

[redacted]– let me know if it makes sense to sync on next steps? Would love to move forward with the meetings we identified as next steps as soon as your team is ready.

---

**From:** [redacted]fb.com>
**Date:** Friday, July 23, 2021 at 11:20 PM
**To:** [redacted]fb.com>[redacted] (HHS/OASH) <[redacted]hhs.gov>
**Cc:** [redacted]fb.com>, [redacted] (HHS/OASH) <[redacted]hhs.gov>
**Subject:** Re: Message from [redacted]

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

[redacted]

---

**From:** [redacted]fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** [redacted]k (HHS/OASH) <[redacted]hhs.gov>
**C**[redacted]fb.com>, [redacted]fb.com>, [redacted]
<[redacted]hhs.gov>
**Subject:** Message from [redacted]

Dear [redacted] (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to [redacted] to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others – if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. [redacted] will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next session with [redacted], as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes

[redacted]

**CONFIDENTIAL**

9:47 LTE

469

[redacted]

May 27, 2021, 3:19 PM

Hi [redacted], it's a Vivek Murthy, great to connect with you this week and looking forward to working together. Be well, Vivek

Delivered

Jul 18, 2021, 3:48 PM



**Moving Past the Finger Pointing - About Facebook**
about.fb.com

Hi Vivek - you may have seen this post today which we issued to provide more context. We do not plan to issue more public posts etc. I imagine you and your team are feeling a little aggrieved - as is the FB team, it's not great to be accused of killing people - but as I said by email I'm keen to find a way to deescalate and work together collaboratively. I am available to meet/speak whenever suits. With my best wishes [redacted]

iMessage

On Mon, May 10, 2021 at 1:50 PM [redacted]@cdc.gov> wrote:

[redacted] –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>🚫Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vax💉nated" can "Go outside & live freely" lol.. This is a joke . <br><br> Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols <br> Concerning shedding by the vaccinated <br> Fertility (male and female) <br> contraception to be compulsorily used because shedding <br> Adverse events and serious adverse events reporting <br> And much more <br> Dangers ore known <br><br> https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT. <br><br> https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers. <br><br> (Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people). <br><br> https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |

[redacted]

CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

**From:** [redacted]@fb.com]
**Sent:** 6/19/2022 1:41:02 PM
**To:** [redacted](CDC/DDID/NCIRD/OD) [redacted]@cdc.gov]
**CC:** [redacted](CDC/OD/OADC) [redacted]@cdc.gov]; [redacted]@fb.com]; [redacted](CDC/OD/OADC) [redacted]@cdc.gov]
**Subject:** Re: Misinformation Claims for 5 year olds and younger

Wonderful thank you!

[redacted]
**Meta** | politics & government
[redacted]@fb.com

On Jun 19, 2022, at 11:40 AM, [redacted] (CDC/DDID/NCIRD/OD) <[redacted]@cdc.gov> wrote:

Hello [redacted]

Here are responses to these claims. Please let me know what other information I can provide.

Thanks, [redacted]

**Claims that COVID-19 vaccines are ineffective for children ages 6 months to 4 years are false and belief in such claims could lead to back vaccine hesitancy.**

COVID-19 vaccines available in the United States are effective at protecting people, including children ages 6 months to 4 years, from getting seriously ill, being hospitalized, and even dying.

Children who get COVID-19 can get very sick, can require treatment in a hospital, and in rare situations, can even die. After getting COVID-19, children and teens can also experience a wide range of new, returning, or ongoing health problems. Getting eligible children vaccinated can help prevent them from getting really sick even if they do get infected and help prevent serious short- and long-term complications of COVID-19.

Getting a COVID-19 vaccine is a safer, more reliable way to build protection than getting sick with COVID-19. The known risks of COVID-19 and possible severe complications—such as long-term health problems, hospitalization, and even death—outweigh the potential risks of having a rare, adverse reaction to vaccination. The benefit of COVID-19 vaccines, like other vaccines, is that those who get vaccinated get protection without risking the potentially serious consequences of getting sick with COVID-19.

**From:** [redacted]<[redacted]@cdc.gov>
**Date:** Monday, February 14, 2022 at 7:17 AM
**To:** [redacted]@fb.com>
**Cc:** [redacted]<[redacted]@cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Thanks [redacted]- I'll route this through our team here and see what we can do.

[redacted]

**From:** [redacted]@fb.com>
**Sent:** Friday, February 11, 2022 7:00 PM
**To:** [redacted]@cdc.gov>
**Cc:** [redacted]<[redacted]@cdc.gov>
**Subject:** Follow up Misinformation Claims about Under 5 Year Olds

Hi [redacted],

Thank you so much again for gathering the team to meet with us earlier this week, it was incredibly helpful. Your partnership is critical to us in making sure we can remove false and harmful claims about COVID-19 and vaccines on our platform.

**In follow up to our meeting,** I am sharing below the long list of claims that we currently remove related to the COVID vaccine because public health authorities such as the CDC have confirmed they are false and could contribute to imminent physical harm if believed. In the fall, your team was able to confirm these claims were also false and harmful specifically as applied to 5-11 year-olds ahead of the FDA's emergency authorization of the Pfizer vaccine for that age group. As a result, we were able to immediately remove content that claimed, for instance, that the COVID vaccine would give children cancer when the FDA made its announcement.

**We are hoping CDC could confirm whether these claims are also false and harmful when referring to children between 6 months and 5 years old**. We understand some of these may depend on your review of the FDA's report, and also that Pfizer's FDA request has been postponed. Our hope though is that we are able to receive as many confirmed debunkings from your team ahead of the FDA's announcement so that we can immediately begin removing this harmful content when the news hits.

Please let me know if you have any questions, if sharing these in another format would be more helpful for, or if there is any further context I can provide.

We know how very busy you all are so thank you so much again in advance for your help here!

Best,

[redacted]

**For each of the following claims, can you please indicate if the claim is 1) false and 2) if believed, could contribute to vaccine refusals?**

- **Claims about the availability or existence of COVID-19 vaccines, specifically:**
  - Claims that COVID-19 vaccines do not exist or have not been approved
  - Claims that COVID-19 vaccines are not approved by the FDA if that content also suggests the vaccines are unsafe, ineffective at preventing severe illness or death, experimental, or

**From:** [redacted]@fb.com]
**Sent:** 10/28/2021 7:56:44 PM
**To:** [redacted]@cdc.gov]
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you thank you!
I know yall are totally under water right now. Appreciate it.

---

**From:** [redacted]@cdc.gov>
**Date:** Thursday, October 28, 2021 at 7:56 PM
**To:** [redacted]@fb.com>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

It's being worked on. I wish it had been faster.

---

**From:** [redacted]@fb.com>
**Sent:** Thursday, October 28, 2021 7:31:53 PM
**To:** [redacted]@cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you!

Apologies for the badgering — we want to get this right and are relying on your expertise.

Is there someone else who could speak to these perhaps?

[redacted]

On Oct 28, 2021, at 7:18 PM, [redacted]@cdc.gov> wrote:

Thanks [redacted] – I'm hoping [redacted] chimes in.

**From:** [redacted]@fb.com>
**Sent:** Thursday, October 28, 2021 7:12 PM
**To:** [redacted]@fb.com>; [redacted]@cdc.gov>
**Cc:** [redacted]@cdc.gov>; [redacted]@cdc.gov>; [redacted]@cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion
**Importance:** High

Bumping this—thanks all!

---

**From:** [redacted]@fb.com>
**Date:** Thursday, October 28, 2021 at 10:14 AM

**To:** [redacted]@fb.com>, [redacted]@cdc.gov>
**Cc:** [redacted]@cdc.gov>, [redacted]@cdc.gov>, [redacted]@cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Hi All –

I know you're all completely slammed – we are holding on updating our Covid Information Center, FAQs on Covid, and our internal policies until we get the clarification on the highlighted questions below—could we get those today?

Thank you!

## Upcoming EAU Authorization for COVID-19 vaccines for kids

- For children 5-15, will the FDA's extension of EUA mean For children 5-15, will the FDA's extension of EUA mean the vaccine is:
  - Safe?
  - Effective?
  - Provides some immunity?
  - Has been appropriately tested?
  - Is non-experimental?
- Is there any evidence that the COVID-19 vaccine kills or seriously harms children?
- Is there any evidence that the COVID-19 vaccine causes any harmful side effects in children?
- Is there any evidence that the COVID-19 vaccine causes any of the following side effects:
  - ALS
  - MS
  - COVID-19
  - Autism
  - Shedding
  - Changing one's genetic makeup or DNA
  - Blood clots
  - Alzheimer's
  - Prion's disease
  - Bell's Palsy
  - Magnetism
  - Future reproductive issues (miscarriages, infertility, birth defects, erectile dysfunction)

## Upcoming EAU Authorization for COVID-19 vaccines for kids

- Is there any evidence that the spike proteins in COVID-19 vaccines are dangerous for children?

---

**From:** [redacted]@fb.com>
**Date:** Wednesday, October 27, 2021 at 11:57 AM
**To:** [redacted]@cdc.gov>, [redacted]@fb.com>
**Cc:** [redacted]@cdc.gov>, [redacted]@cdc.gov>, [redacted]@cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thanks, [redacted] and exciting news about the Advisory panels recommendation!

Just checking if there are any updates from your end, [redacted]?

Many thanks and all the best,

[redacted]

engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

•

• **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,
[redacted]

[redacted]

Strategic Partner Development, Policy | CrowdTangle

[redacted]

Facebook | CrowdTangle

---

**From:** [redacted]@fb.com>
**Sent:** Tuesday, July 20, 2021 2:22 PM
**To:** [redacted]@cdc.gov>
**Cc:** [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi [redacted],

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:

• **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]

• **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

**Cc:** [redacted]@fb.com>; [redacted]@fb.com>; [redacted]@fb.com>
**Subject:** Crowd Tangle COVID-19 reports

Hi All,

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups *[Slides 3-4]* included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

- **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. *[Slides 5-6]*
- **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. *[Slides 7-8]*
- **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. *[Slides 9-10]*

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,
[redacted]

---

**From:** [redacted]@fb.com>
**Date:** Tuesday, January 26, 2021 at 11:51 AM
**To:** [redacted]@fb.com>, [redacted]@cdc.gov>
**Cc:** [redacted]@fb.com>, [redacted]@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Thank you [redacted] and [redacted]!

[redacted], as [redacted] mentioned, we'll send the next one on February 1st. Glad to hear they look like they will be useful!

Best,
[redacted]

---

**From:** [redacted]@fb.com>
**Date:** Tuesday, January 26, 2021 at 11:34 AM
**To:** [redacted]@cdc.gov>
**Cc:** [redacted]@fb.com>, [redacted]@fb.com>, [redacted]@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! :)

[redacted], feel free to send the reports directly to [redacted] and cc [redacted] and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

---

**From:** [redacted]@fb.com]
**Sent:** 6/1/2021 3:01:32 PM
**To:** [redacted]@cdc.gov]; [redacted]@cdc.gov]; [redacted]@cdc.gov]; [redacted]@census.gov; [redacted]@cdc.gov]; [redacted]@cdc.gov]; [redacted]@reingold.com; [redacted]@reingold.com; [redacted]@reingold.com; [redacted]@cdc.gov]
**Subject:** Misinfo Claim Onboarding Follow Up
**Attachments:** CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1 (1).pdf; CDC-Onboarding-Deck (1).pdf

Hi All,

Welcome back from Memorial Day!

Making sure everyone who has been whitelisted to our misinfo claims portal has all the info they need to start submitting claims. (A few helpful files attached.)

If anyone has any specific questions, please let us know!

[redacted]

[redacted]
**facebook, inc.** | [redacted]

# How to report through Facebook Government Casework Channel?

Our reporting system consists of three stages: authentication portal, reporting form, and final landing page.

## 1. Authentication portal

a. Request access (log in to the portal) through our portal https://www.facebook.com/xtakedowns/login/
b. Upon successful authentication, a disposable link will be generated and sent to the email address used for the authentication. The optional name field can be used for identifying each authentication when the email address is shared by multiple officials.

## 2. Reporting form

a. The disposable link that's obtained upon authenticating through the portal leads to a reporting form. It consists of reporting reasons, a field for violating URLs, optional comment field, and attachment.
b. Indicate the reason for reporting by selecting the listed reasons: Political Advertisements, Harassment, Hate Speech, Voter Interference, Other. Upon selecting the reason, it will guide you with specific requirements to process the request.
c. Add relevant violating URLs one per line. Please make sure you submit only advertisement links when you are reporting 'Political Advertisements'.
d. If the URL is not valid, an error message will pop up to indicate that invalid URLs have been added. Should you have more than 20 URLs to report, please file another report.
e. If you have any additional context to share, please use the optional field to add any comment and/or attachment option.

## 3. Final landing page

a. Upon submitting the report, a reference number appears before being redirected to the landing page.
b. Final landing page is our help center that has a variety of resources such as policies and frequently asked questions.
c. A confirmation email with the same reference number will be sent to the email address used for authentication.

CONFIDENTIAL



# CDC Onboarding

May 19th, 2021

FACEBOOK

MOLA_DEFSPROD_00002546

# Facebook Content Request System

## Government Reporting System

FACEBOOK

I II III IV V

# Introduction to CRS

# Facebook Content Request System (CRS)



# End-to-end workflow



I II III IV V

# Demo: govt user experience

# 1/3 Access to Facebook CRS: security

# Access to CRS: security

1. Open up your browser and type
**www.facebook.com/xtakedowns/login**



# Access to CRS: security

1. Open up your browser and type **www.facebook.com/xtakedowns/login**
2. Click **Request Access**



# Access to CRS: security

1. Open up your browser and type **www.facebook.com/xtakedowns/login**
2. Click **Request Access**
3. Input **the email address** that we onboarded with

3.a **Name (optional)** will be used for the email that we will send with the disposable link



# Access to CRS: security

1. Open up your browser and type **www.facebook.com/xtakedowns/login**
2. Click **Request Access**
3. Input **the email address** that we onboarded with

3.a **Name (optional)** will be used for the email that we will send with the disposable link



# Access to CRS: security

1. Open up your browser and type **www.facebook.com/xtakedowns/login**

2. Click **Request Access**

3. Input **the email address** that we onboarded with

3.a **Name (optional)** will be used for the email that we will send with the disposable link

3.b Error message: incorrect email address for the onboarded agency



# Access to CRS: security

1. Open up your browser and type **www.facebook.com/xtakedowns/login**
2. Click **Request Access**
3. Input **the email address** that we onboarded with
4. Open an email titled **Access to Facebook Content Requests System** and follow the secure link provided in the email body. Please note that this link is valid only for an hour.



# 2/3 Report through CRS: Standardization

# Report through CRS: standardization

5. Reason for reporting



# Report through CRS: standardization

5. Reason for reporting

Covid & Vaccine Misinformation



# Report through CRS: standardization

6. Please submit the relevant violating URLs below (max.20)



# Report through CRS: standardization

6. Please submit the relevant violating URLs below (max.20)

6.a Error Message (over 20 links)



# Report through CRS: standardization

6. Please submit the relevant violating URLs below (max.20)

6.b Error Message (invalid URLs)



# Report through CRS: standardization

7. [Optional] Additional Comments

8. [Optional] Please attach any other relevant screenshots or documentation.



# 3/3 Final landing page: Transparency

# Final landing page: transparency

9. Reference number
10. Facebook Help Center



# Final landing page: transparency

9. Reference number
10. Facebook Help Center



# Final landing page: transparency

9. Reference number
10. Facebook Help Center




43

CONFIDENTIAL



# End-to-end workflow



Thank you

**From:** [redacted]@reingold.com]
**Sent:** 5/24/2021 2:28:00 PM
**To:** [redacted]@twitter.com
**CC:** [redacted]@cdc.gov]; [redacted]@reingold.com]; [redacted]@cdc.gov]
**Subject:** RE: COVID Misinformation

Hi [redacted],

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

[redacted]

**Reingold**
[redacted]

reingold.com

We're on a mission. ***Yours.***

**From:** [redacted] (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** [redacted]@twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @[redacted]

**From:** [redacted]@twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** [redacted]@cdc.gov>
**Cc:** [redacted]@reingold.com>; [redacted]@reingold.com>; [redacted]@census.gov>; [redacted]@cdc.gov>
**Subject:** Re: COVID Misinformation

H[redacted]-
I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,
[redacted]

On Mon, May 10, 2021 at 5:05 PM [redacted]@cdc.gov> wrote:

[redacted]– I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** [redacted]@twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** [redacted]@cdc.gov>
**Cc:** [redacted]@reingold.com>; [redacted]@reingold.com> [redacted]@census.gov>; [redacted]@cdc.gov>
**Subject:** Re: COVID Misinformation

Hi [redacted]-
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

[redacted] remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.
[redacted]

On Mon, May 10, 2021 at 1:50 PM [redacted]@cdc.gov> wrote:

[redacted] –

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br>I'll be alive!<br>🚫Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax💉nated" can "Go outside & live freely" lol.. This is a joke .<br>Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known | https://t |

| | |
|---|---|
| https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https://t |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https://t |

[redacted]

CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

**From:** [redacted]@fb.com]
**Sent:** 5/20/2021 12:50:01 PM
**To:** [redacted]@cdc.gov]
**CC:** [redacted]fb.com]
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel
**Attachments:** CDC-Onboarding-Deck.pdf; CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1.pdf

Trying the PDF again – looks like it didn't attach.

**From:** [redacted]fb.com>
**Date:** Thursday, May 20, 2021 at 12:49 PM
**To:** [redacted]cdc.gov>
**Cc:** [redacted]fb.com>
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel

Hi [redacted]

Attached is a PDF of our onboarding slides should you need to review as well as a how to guid.

In speaking with our technical teams, we think it's best for both Census and CDC to have an email alias / shared inbox that staff have access to for reporting – so that Census can have appropriate access to Covid portal as well.

If you have any questions about that, please do let us know!

[redacted]

**From:** [redacted]cdc.gov>
**Date:** Wednesday, May 19, 2021 at 12:38 PM
**To:** [redacted]fb.com>
**Subject:** Add a name: RE: CV19 misinfo reporting channel

Please add [redacted] to system access. [redacted]@cdc.gov.

**From:** [redacted]fb.com>
**Sent:** Wednesday, May 12, 2021 11:21 AM
**To:** [redacted]cdc.gov>; [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Sure can.

[redacted]cdc.gov>
**Date:** Wednesday, May 12, 2021 at 11:19 AM
**To:** [redacted]fb.com>, [redacted]fb.com>
**Cc:** [redacted]fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ok, I'll send the appt and get a zoom. Then you can add on your folks.

**From:** [redacted]@fb.com>
**Sent:** Wednesday, May 12, 2021 11:06 AM
**To:** [redacted]cdc.gov>; [redacted]fb.com>
**Cc:** [redacted]com>
**Subject:** Re: CV19 misinfo reporting channel

Apologies for the bumpy transition with [redacted] out – do you all have a zoomgov requirement? And if so, would you hold the calendar invite for this? Or does Census?

---

**From:** [redacted]fb.com>
**Date:** Wednesday, May 12, 2021 at 10:51 AM
**To:** [redacted]cdc.gov>, [redacted]fb.com>
**Cc:** [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Great! Thank you!

---

**From:** [redacted]cdc.gov>
**Date:** Wednesday, May 12, 2021 at 10:50 AM
**To:** [redacted]fb.com>, [redacted]fb.com>
**Cc:** [redacted]fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Sorry, didn't realize you were awaiting a respond to your explanation. That time still works. Thanks!

But re-looking at this list, please only include these people as we've had change over since we started the chain:

- [redacted]
-
-
-
-
-
-

---

**From:** [redacted]com>
**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** [redacted]cdc.gov>; [redacted]fb.com>
**Cc:** [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

---

**From:** [redacted]fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** [redacted]cdc.gov>, [redacted]fb.com>
**Cc:** [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

This would be for onboarding your teams to the misinfo casework / reporting channel

**From:** [redacted]cdc.gov>
**Date:** [redacted]:04 PM
**To:** [redacted]fb.com>, [redacted]b.com>
**Cc:** [redacted]fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good. I did ask [redacted] this embarrassing question. I had it in my head this was for Crowd Tangle. But on Thursday she explained it is for something else. Well, I didn't write it down and I'm honestly not sure what this is for. Sorry!

**From:** [redacted]fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:** [redacted]fb.com>; [redacted]cdc.gov>
**Cc:** [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks, [redacted]
So nice to meet you, [redacted]

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

[redacted]

**From:** [redacted]fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** [redacted]cdc.gov>, [redacted]fb.com>
**Cc:** [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi [redacted]

[redacted] just went on maternity leave. We are very excited for her and her new addition!
As such, we didn't want you to be a surprised that [redacted] will pick up on the threads where [redacted] was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

[redacted]

**From:** [redacted]cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:** [redacted]fb.com>
**Cc:** [redacted]fb.com>, [redacted]fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry – I'm out all day May 17 for a medical thing, can we pick another one? My fault!

**From:** [redacted]fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** [redacted]cdc.gov>
**Cc:** [redacted]fb.com>; [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi [redacted]– Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,
[redacted]

The linked image

Genelle Quarles Adrien
Politics & Government Outreach
e: genelleadrien@fb.com | w: facebook.com/gpa

**From** [redacted]@cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** [redacted]fb.com>
**Cc:** [redacted]fb.com>, [redacted]fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

**From:** [redacted]fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** [redacted]cdc.gov>
**Cc:** [redacted]fb.com>; [redacted]fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi [redacted]– Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,
[redacted]

**From:** [redacted]fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** [redacted]cdc.gov>
**Cc:** [redacted]fb.com>, [redacted]fb.com>
**Subject:** CV19 misinfo reporting channel

Hi [redacted] - Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!
[redacted]

- [redacted]

The linked image

[redacted]